1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHMOUD ZATTREH, | Case No.: **CV19-00597-MWF-(AFMx)** |
| Plaintiff, | *Hon. Michael W. Fitzgerald, Ctrm 5A, 5 Fl.* |
| | *Mag. Alexander F. MacKinnon, Ctrm 780, 7th Fl.* |
| vs. | |
| LOS ANGELES POLICE DEPARTMENT; OFFICER DOE 1 and DOES 2 to 100, INCLUSIVE, | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [23]** |
| Defendants. | |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against all defendants is dismissed in its entirety, with prejudice. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____
**HONORABLE MICHAEL W FITZGERALD**
**UNITED STATES DISTRICT JUDGE**

1